[No. 13925-1-II.   Division Two.   February 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD HAMBLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 89-1-00511-9, Robert J. Doran, J., entered

May 16, 1990. *Vacated, reversed,* and *remanded* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Morgan, J.